In re:

ALAIN C. BRUGIER and
MADALEN J. BRUGIER,

Debtors.

| | |
|---|---|
| Chapter 7 | |
| No. 2:10-bk-22343-DPC | |

| | | |
|---|---|---|
| Name of Applicant: | Kelly McCoy, PLC | |
| Fees Previously Requested by Kelly McCoy, PLC | $0.00 | |
| Role in this case: | Counsel for Trustee | |
| Costs Previously Requested by Kelly McCoy, PLC | $0.00 | |
| Current Fees Requested: | | $570.36 |
| Current Expenses Requested: | | $29.64 |

## SUMMARY OF FIRST AND FINAL APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE TRUSTEE (For Noticing With Trustee's Final Report)

### APPLICATION PERIOD: OCTOBER 8, 2010 THROUGH JUNE 17, 2013

| PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED | CUSTOMARY HOURLY RATE | TOTAL FOR THIS APPLICATION |
|---|---|---|---|---|
| Kevin C. McCoy, Member (KCM) | 2000 | 9.60 | $215.00 | $2,064.00 |
| Chelsey M. Golightly, Associate (CMG) | 2011 | .20 | $150.00 | $30.00 |
| Stephanie A. Martinez, Paralegal (SAM) | n/a | .60 | $95.00 | $57.00 |
| TOTAL | | 10.40 | | $2,151.00 (less reduction of $1,580.64 = $570.36) |

**TOTAL BLENDED CUSTOMARY HOURLY RATE** (Excluding Paraprofessionals): **$182.50**
**TOTAL FEES AND COSTS:** **$600.00**

# Kelly ⬛ McCoy
### PLC

340 East Palm Lane, Suite 300
Phoenix, Arizona 85004
Telephone (602) 687-7433
Facsimile (602) 687-7466
Kevin C. McCoy (AZ Bar No. 020333)
(kmccoy@kelly-mccoy.com)
Matthew J. Kelly (AZ Bar No. 020526)
(mkelly@kelly-mccoy.com)
Attorneys for
Trustee Constantino Flores

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ALAIN C. BRUGIER and MADALEN J. BRUGIER,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:10-bk-22343-DPC<br><br>**FIRST AND FINAL APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY COUNSEL FOR THE TRUSTEE**<br><br>(For Noticing With Trustee's Final Report) |

## <u>APPLICATION PERIOD OCTOBER 8, 2010 THROUGH JUNE 17, 2013</u>

Kelly McCoy, PLC ("Kelly McCoy"), counsel for Constantino Flores, the Chapter 7 Trustee in the above-captioned case ("Trustee"), hereby files this *First and Final Application for Compensation of Fees and Reimbursement of Costs by Counsel for the Trustee (For Noticing With Trustee's Final Report)* ("Application").

In support of its Application, Kelly McCoy submits its billing and expense statements for fees and costs incurred for the period October 8, 2010 through June 17, 2013 ("Application Period"), attached as **Exhibit "A"** and incorporated hereby by reference.

### I.    NARRATION

    A.    <u>Background</u>

        1.    On July 16, 2010, Alain C. Brugier and Madalen J. Brugier ("Debtors") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2.    Constantino Flores is the duly appointed Trustee.

3.    On October 14, 2010, Kelly McCoy filed its *Application for Employment of Counsel for Trustee*. On October 20, 2010, the Court entered an Order ("Employment Order") authorizing Kelly McCoy to act as counsel for the Trustee.

4.    Kelly McCoy requests reimbursement for 10.40 hours spent in its representation of the Trustee. Based upon its customary hourly rates, Kelly McCoy's total fees are $2,151.00. In addition, Kelly McCoy incurred out-of-pocket expenses in the amount of $29.64. In order to assure a meaningful distribution to creditors, at the Trustee's request, Kelly McCoy has agreed to reduce its fees and costs to a total of $600.00. As of the date of this Application, the Trustee has cash on hand in the approximate amount of $1,800.00.

5.    The services for which compensation is requested were rendered on behalf of the Chapter 7 Trustee and compensation is sought pursuant to 11 U.S.C. §§ 330(a), 331 and 503, and Fed. R. Bankr. P. 2016(a). In this Application, Kelly McCoy has sought to comply fully with the Employment Order and the Guidelines of the Office of the United States Trustee for the District of Arizona ("UST Guidelines").

6.    Except as it may be entitled to receive compensation herein, Kelly McCoy has no arrangements with any other party to pay for the services it rendered to the estate, nor has Kelly McCoy received any funds from any party for the services rendered to the estate. Further, Kelly McCoy has not made any arrangement to share any compensation received by Order of this Court with any party, except as between members of Kelly McCoy's firm.

7.    The fees as may be awarded and paid to Kelly McCoy pursuant to this Application will be "on account" type fees. This is Kelly McCoy's first and final fee application. It has not previously been awarded any fees and costs in this case. Kelly McCoy has not received a retainer in this case.

8.    The rates charged by Kelly McCoy are the normal and customary charges for bankruptcy attorneys of similar expertise and experience performing similar

services in the Phoenix metropolitan area. The rates charged by the professionals in this case are the same or less than the rates the firm charges for non-bankruptcy clients. The following professionals and paraprofessionals provided services to the Trustee during the Application Period:

(A)  Kevin C. McCoy. Mr. McCoy has been practicing in Arizona since 2000 and has substantial experience in bankruptcy matters. His customary rate for representing trustees in Chapter 7 cases is $215.00 per hour.

(B)  Chelsey M. Golightly. Ms. Golightly has been practicing since 2011. Her customary rate for representing trustees in Chapter 7 cases is $150.00 per hour.

(C)  Stephanie A. Martinez. Ms. Martinez has been working in the bankruptcy field for several years and has substantial bankruptcy experience. Her customary rate for providing services to trustees in Chapter 7 cases is $95.00 per hour.

9.      The following chart summarizes the time expended by Kelly McCoy's professionals and paraprofessionals, the customary rate billed and the total fees incurred prior to any reduction:

| Attorneys: | Hours | Rate | Total |
|---|---|---|---|
| Kevin C. McCoy, Member | 9.60 | $215.00 | $2,064.00 |
| Chelsey M. Golightly, Associate | .20 | $150.00 | $30.00 |
| **TOTALS** | **9.80** | | **$2,094.00** |
| **Averaged Hourly Rate:** | | **$182.50** | |

| Paralegals/Legal Assistants: | Hours | Rate | Total |
|---|---|---|---|
| Stephanie A. Martinez, Paralegal | .60 | $95.00 | $57.00 |
| **TOTALS** | **.60** | | **$57.00** |
| **Averaged Hourly Rate:** | | **$95.00** | |

10.     Kelly McCoy reserves the right to supplement this Application if additional fees and costs are incurred.

11.     The Trustee is in the process of closing this case and, as such, requests that no hearing be held and that payment await Trustee's Final Report.

B.     Summary of Legal Services Performed and Costs Incurred

12.     Kelly McCoy has prepared this Application in strict compliance with the United States Trustee's Guidelines. The actual hours expended, services performed, rates charged, and fees incurred are detailed on **Exhibit "A."**

13.     Kelly McCoy investigated the pre-petition financial affairs of the Debtors and entered into a settlement agreement with American Express to recover a preferential transfer for the benefit of estate creditors. Kelly McCoy performed other administrative functions including, but not limited to, obtaining approval of employment as counsel for the trustee, preparing this fee application and apprising the Trustee of the status of the case.

14.     Kelly McCoy seeks reimbursement of costs in the amount of $29.64 as set forth in **Exhibit "A."** Kelly McCoy charges $.20 per page for photocopies and $.25 per page for outgoing facsimiles. Kelly McCoy charges its actual costs incurred from outside parties, including, but not limited to, delivery services, transcription fees, process service, postage, long distance telephone charges, computer research and parking.

## II.     EVALUATION STANDARDS

Based upon its customary hourly rates, Kelly McCoy incurred fees during the Application Period totaling $2,151.00. In accordance with 11 U.S.C. § 330, this amount was calculated using the hourly rate for the professionals and paraprofessionals involved. *See also In re Yermankov*, 718 F.2d 1465, 1471 (9th Cir. 1983) ("the primary method used to determine reasonable attorneys' fees in a bankruptcy case is to multiply the number of hours expended by an hourly rate"). This has also been referred to as the "lodestar" or basic fee which, if warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in *Yermankov* made specific reference to *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 713, 717-19 (5th Cir. 1974), in which the Fifth Circuit listed twelve factors which should be considered in awarding attorneys' fees in bankruptcy cases. *See In re Nucorp Energy, Inc.*, 764 F.2d 655 (9th Cir. 1985). The Ninth Circuit Bankruptcy Appellate Panel concluded that the

"lodestar" approach, coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in awarding fees in a bankruptcy case. *See In re Powerine Oil Co.*, 71 B.R. 767 (9th Cir. 1986).

In addition, the provisions of Section 330(a) place a premium on the timeliness of administration of the case. Compensable services must be "performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed." 11 U.S.C. § 330(a)(3)(D). The results obtained by Kelly McCoy within the time frames of this Application illustrate that it:

1.    Possessed and used the expertise required to represent the Trustee in the case;

2.    Provided services necessary to the administration of the case; and

3.    Performed the services within a reasonable amount of time commensurate with the complexity, importance and nature of each task.

Furthermore, based upon the customary compensation charged by comparably skilled practitioners in non-bankruptcy cases, the resulted obtained by Kelly McCoy within the timeframe of this Application and the rates charged by Kelly McCoy for the services performed, the compensation requested is reasonable.

## III.    CONCLUSION

Based upon the foregoing, Kelly McCoy, PLC respectfully requests that this Court enter an Order allowing:

A.    Compensation for professional services rendered by Kelly McCoy, PLC as the Trustee's counsel during the Application Period in the sum of **$570.36**;

B.    Reimbursement of **$29.64** for actual and necessary expenses, which Kelly McCoy, PLC has incurred and paid during the Application Period in connection with the rendering of such professional services; and

C.    Authorizing immediate payment of the aforesaid fees and costs.

DATED: June 19, 2013

**KELLY McCOY, PLC**


By /s/ KCM #20333
    Kevin C. McCoy
    Matthew J. Kelly
    340 East Palm Lane, Suite 300
    Phoenix, Arizona  85004
    Attorneys for Trustee Constantino Flores

COPY of the foregoing mailed on
June 19, 2013 to:

Constantino Flores
P.O. Box 511
Phoenix, AZ  85001-0511
*Chapter 7 Trustee*

United States Trustee
230 North First Avenue, Ste. 204
Phoenix, AZ  85003-1706

Alain and Madalen Brugier
45709 West Sheridan Road
Maricopa, AZ  85139
*Debtors*

Christopher J. Piekarski
Piekarski & Brelsford, P.C.
2633 East Indian School Road, Suite 460
Phoenix, AZ  85016
*Attorney for Debtors*


/s/ Lisa Plisko

# Exhibit "A"

# Kelly McCoy, PLC

340 E. Palm Lane
Suite 300
Phoenix, AZ 85004
Telephone: (602) 687-7433
Fax: (602) 687-7466

6/18/2013
Invoice No. 1097

Constantino Flores
P.O. Box 511
Phoenix, AZ 85001

Client Number: 01000.000     Constantino Flores
Matter Number: 01000.022     Flores/Brugier

**For Services Rendered Through 6/18/2013.**

## Fees

| Date | Tmkpr | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| **B110** | **Case Administration** | | | |
| 10/8/2010 | KCM | Review and analyze file. | 0.90 | $193.50 |
| 10/8/2010 | KCM | Draft email to client regarding opening file and asset recovery. | 0.20 | $43.00 |
| 10/15/2010 | SAM | File employment documents and process for service | 0.40 | $38.00 |
| 10/22/2010 | SAM | Update status report | 0.20 | $19.00 |
| 11/2/2010 | KCM | Conference with trustee to review case status and determine course of action to bring case to a close. | 0.20 | $43.00 |
| 11/2/2010 | KCM | Review and analyze correspondence received from counsel for American Express regarding preference demand. | 0.20 | $43.00 |
| 11/16/2010 | KCM | Review and analyze preference defenses alleged by American Express. | 0.30 | $64.50 |
| 11/16/2010 | KCM | Telephone conference with counsel for American Express setting forth counter proposal to settle preference claim. | 0.20 | $43.00 |
| 11/17/2010 | KCM | Respond to email from counsel for American Express confirming terms of settlement on preference claim. | 0.20 | $43.00 |
| 11/18/2010 | KCM | Telephone conference with trustee to review case status and strategy for resolving remaining case issues. | 0.20 | $43.00 |
| 11/20/2010 | KCM | Email settlement stipulation to counsel for American Express. | 0.20 | $43.00 |
| 11/20/2010 | KCM | Draft Rule 9019 Stipulation with American Express, motion to approve stipulation, bar date notice and order approving same. | 0.90 | $193.50 |

**Continued On Next Page**

**B110**    **Case Administration**

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 11/27/2010 | KCM | Revise 9019 stipulation and email same to counsel for American Express for execution. | 0.20 | $43.00 |
| 11/29/2010 | KCM | Receive signed stipulation from counsel for American Express and coordinate filing and service of motion to approve. | 0.20 | $43.00 |
| 1/4/2011 | KCM | Email trustee regarding tax ID number for estate. | 0.20 | $43.00 |
| 1/6/2011 | KCM | Email tax ID number for estate to counsel for American Express. | 0.20 | $43.00 |
| 1/7/2011 | KCM | Conference with Trustee to discuss case issues. | 0.10 | $21.50 |
| 1/7/2011 | KCM | Email order approving 9019 stipulation to counsel for American Express. | 0.20 | $43.00 |
| 1/10/2011 | KCM | Telephone conference with debtor's counsel regarding status of production of requested documents. | 0.20 | $43.00 |
| 1/21/2011 | KCM | Correspondence to trustee enclosing settlement check from American Express. | 0.20 | $43.00 |
| 4/18/2011 | KCM | Email trustee regarding debtors' 2010 state and federal tax refunds. | 0.20 | $43.00 |
| 4/18/2011 | KCM | Email debtors' counsel reminding to turn over all refunds to the trustee, and update case notes. | 0.30 | $64.50 |
| 5/4/2011 | KCM | Review case notes and update trustee's status report. | 0.20 | $43.00 |
| 10/7/2011 | KCM | Telephone conference with Trustee to discuss case status and strategy for resolving remaining issues. | 0.20 | $43.00 |
| 10/10/2011 | CMG | Prepare correspondence to Chris Piekarski regarding collection of federal and state tax returns. | 0.20 | $30.00 |
| 10/13/2011 | KCM | Revise correspondence to debtors' counsel regarding tax refunds and update case file notes. | 0.30 | $64.50 |
| 4/30/2012 | KCM | Review file notes and update trustee's status report. | 0.20 | $43.00 |
| 4/30/2012 | KCM | Telephone conference with debtors' counsel regarding status of tax refunds. | 0.30 | $64.50 |
| 5/2/2012 | KCM | Respond to email from debtors' counsel regarding state tax refund. | 0.20 | $43.00 |
| 6/8/2012 | KCM | Conference with trustee to review case status report and identify actions needed to bring case to close. | 0.10 | $21.50 |
| 11/13/2012 | KCM | Send follow up email to debtor's counsel regarding 2010 refunds. | 0.20 | $43.00 |
| 11/27/2012 | KCM | Telephone conference with debtors' counsel regarding IRS seizure of state tax refund. | 0.20 | $43.00 |
| 6/13/2013 | KCM | Review case file notes and update trustee status report. | 0.20 | $43.00 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| | | **Case Administration** | **8.40** | **$1,721.00** |

**B120    Asset Analysis and Recovery**

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 10/8/2010 | KCM | Draft correspondence to Debtors' counsel requesting information. | 0.20 | $43.00 |
| 10/8/2010 | KCM | Draft correspondence to American Express regarding recovery of preference payment. | 0.20 | $43.00 |
| 6/8/2012 | KCM | Send follow up email to debtors' counsel regarding status of turnover of 2010 returns and refunds. | 0.10 | $21.50 |
| | | **Asset Analysis and Recovery** | **0.50** | **$107.50** |

**B160    Fee/Employment Applications**

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 10/8/2010 | KCM | Perform conflicts check; draft employment application, verified statement, notice of appearance and order approving employment. | 0.80 | $172.00 |
| 6/17/2013 | KCM | Review and edit support detail for first and final fee application. | 0.30 | $64.50 |
| 6/17/2013 | KCM | Prepare initial draft of first and final fee application. | 0.40 | $86.00 |
| | | **Fee/Employment Applications** | **1.50** | **$322.50** |
| | | **Grand Totals:** | **10.40** | **$2,151.00** |
| | | **Billable Hours / Fees:** | **10.40** | **$2,151.00** |

## Timekeeper Summary

Timekeeper CMG worked 0.20 hours at $150.00 per hour, totaling $30.00.  
Timekeeper KCM worked 9.60 hours at $215.00 per hour, totaling $2,064.00.  
Timekeeper SAM worked 0.60 hours at $95.00 per hour, totaling $57.00.

## Cost Detail

| Date | Description | Amount |
|---|---|---|
| 11/29/2010 | Postage | $7.80 |
| 11/29/2010 | Photocopies | $12.00 |
| 12/29/2010 | Photocopies | $2.00 |
| 3/23/2011 | PACER | $7.84 |
| | | $29.64 |
| | **Total Costs** | **$29.64** |

**Continued On Next Page**

| | |
|---|---|
| Prior Balance: | $0.00 |
| Payments Received: | $0.00 |
| Current Fees: | $2,151.00 |
| Advanced Costs: | $29.64 |
| **TOTAL AMOUNT DUE:** | **$2,180.64** |